**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Tammy Lafleur                                           Civil Action No. 11-cv-1620

Versus                                                          Judge Tucker L. Melançon

Michael J. Astrue,                                       Magistrate Judge Hill
Commissioner Of Social Security

**JUDGMENT**

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record as well as the applicable jurisprudence, and considering the objections filed by plaintiff, *R. 18*, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct, and therefore adopts the findings of fact and conclusions of law set out therein as its own.  Accordingly, it is

**ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and that this action be **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 26th day of December, 2012.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE